Case 4:16-cv-02824 Document 32-1 Filed in TXSD on 03/27/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 28, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON E. LUSTER | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | C.A. NO. 4:16-cv-2824 VG |
| | § | |
| LOWE'S HOME CENTERS, INC. | § | |
| *Defendant* | § | |

## ORDER GRANTING
## AGREED MOTION FOR LEAVE TO CONTINUE TRIAL

After considering the "Agreed Motion for Leave to Continue Trial" filed by Plaintiff, Brandon E. Luster, and Defendant, Lowe's Home Centers, LLC, the Court is of the opinion that such Motion should be GRANTED. It is, therefore, ORDERED that Plaintiff and Defendant have leave to extend the trial date, and that the events listed below, are now scheduled as follows:

11/9/18  Joint Pretrial Order (from Defendant to Plaintiff)
11/12/18 Filing of final Joint Pretrial Order by Plaintiff
11/16/18 Docket Call
December 2018 Trial Setting

SIGNED this 28th day of March, 2018.

_____
JUDGE PRESIDING